**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>APPROPRIATE ATTIRE | MISC. NO. 25- 221 (RAM) |

**STANDING ORDER**

Pursuant to Local Civil Rule 83M of this Court, individuals attending court proceedings, ceremonies, or conducting business in the court must be attired in a proper and dignified manner that reflects respect for the institution and the judicial process. In addition to the standards set forth in Local Rule 83M, the following attire is prohibited inside courthouses, or any space occupied by the District Court:

- Pants that are ripped or expose bare skin,
- Sunglasses (unless the visitor can demonstrate a medically necessary use),
- Flip-flops or beachwear,
- Hats (any type) or head coverings (except those worn for religious purposes),
- Tank tops or muscle shirts,
- Hoods on lightweight garments or sweatshirts pulled over the head, and,
- Shorts or miniskirts.

Counsel is responsible for ensuring their clients, parties' relatives, and witnesses comply with Local Rule 83M and this Order. Court Security Officers (CSOs) shall exercise discretion in enforcing the dress standards outlined in the Local Rule and this Order prior to individuals entering court spaces. Additionally, CSOs will address concerns raised by judicial officers or court staff regarding inappropriate attire worn by members of the public.

IT IS SO ORDERED

In San Juan, Puerto Rico, this 12th day of May, 2025.

RAÚL M. ARIAS-MARXUACH
CHIEF, U.S. DISTRICT COURT